

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | |
|---|---|
| IN RE:<br><br>William C. Davis<br><br>      DEBTOR(S) | Case No.: 19-19733<br>Chapter 13 |
| KEVIN E. ELION<br><br>      Movant<br>v.<br><br>WILLIAM C. DAVIS<br><br>      Respondent | |
| | |

**ORDER DENYING MOTION FOR RELIEF FROM STAY
TO OBTAIN POSSESSION OF REAL PROPERTY KNOWN AS
1985 GOOSE NECK ROAD, PASADENA, MD 21122
AND EVICT DEBTOR**

THIS MATTER, having come before the Court on Movant's Motion for Relief From Stay to Obtain Possession of Real Property Known as 1985 Goose Neck Road, Pasadena, MD  21122 and Evict Debtor, the parties having appeared before the Court, and testimony having been taken, it is hereby;

ORDERED, by the United States Bankruptcy Court for the District of Maryland that the Motion be, and hereby is DENIED.

Cc:
Debtor-William C. Davis
Chapter 13 Trustee- Robert S. Thomas, II
Defendant- Kevin Elion c/o Paul Sweeney, Esquire
Adam M. Freiman, Esquire- Counsel for Plaintiffs
United States Trustee

END OF ORDER